## A89A0443. BATCHELOR v. ISFA CORPORATION.
(382 SE2d 434)

DEEN, Presiding Judge.

In this case, the appellant brought this direct appeal from summary judgment entered against her in the amount of $1,451.13 principal, plus $87.07 interest. Because the judgment was for $2,500 or less, the discretionary appeal procedures of OCGA § 5-6-35 were required, and this appeal must be dismissed. *Perryman v. Ga. Power Co.,* 180 Ga. App. 259 (348 SE2d 762) (1986).

*Appeal dismissed. Birdsong and Benham, JJ., concur.*

DECIDED APRIL 3, 1989.

*Lecora Bowen,* for appellant.
*Gary S. Meinken,* for appellee.